# United States District Court

## *Southern District of Georgia*

Vincent Jones

_____
Plaintiff

Case No.  4:20-cv-00007-RSB-CLR

v.

PVHA/SIMS-Savannah Commons, LLC, Thrive Senior Living, LLC,
_____
Defendant

Appearing on behalf of

PVHA/SIMS-Savannah Commons, LLC
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 26th day of May, 2020 .

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER:  Andrew R. Kasner

Business Address:  McDowell Hetherington LLP
Firm/Business Name

1001 Fannin Street
Street Address

Suite 2700        Houston        TX        77002
Street Address (con't)    City    State    Zip

_____
Mailing Address (if other than street address)

_____   _____   _____
Address Line 2    City    State    Zip

(713) 337-5580                N/A
Telephone Number (w/ area code)    Georgia Bar Number

Email Address:  andrew.kasner@mhllp.com