IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

VINCENT JONES,

    Plaintiff,

v.

PVHA/SIMS-SAVANNAH COMMONS, LLC; THRIVE SENIOR LIVING, LLC; and JOYCE CROWDER-MCBRIDE,

    Defendants.

CIVIL ACTION NO.: 4:20-cv-00007

**O R D E R**

Presently before the Court is a Joint Motion to Dismiss Plaintiff's Claims Against PVHA/SIMS-Savannah Commons, LLC, which was signed and filed by counsel for Plaintiff and counsel for Defendant PVHA/SIMS-Savannah Commons, LLC ("PVHA"). (Doc. 44.) Therein, Plaintiff and PVHA advise that they have reached a full, final and complete settlement of all claims asserted by Plaintiff against PVHA. (Id. at p. 1.) PVHA has filed an Answer, but it has not asserted any counterclaims. (Doc. 41.) The two other Defendants to this case—Thrive Senior Living, LLC and Joyce Crowder-McBride—did not join in the motion,[1] though they also have not voiced any objection to it. Accordingly, Plaintiff and PVHA move for PVHA's dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), which provides that "an action may be dismissed at the plaintiff's request . . . by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

No party has objected to or requested that any special terms be placed upon the dismissal. Accordingly, the Court **GRANTS** the Joint Motion to Dismiss Plaintiff's Claims Against PVHA/SIMS-Savannah Commons, LLC, (doc. 44), **DISMISSES** all claims asserted against PVHA-SIMS-Savannah Commons, LLC, **WITH PREJUDICE**, with Plaintiff and PVHA to each

---

[1] At the time the motion was filed, Thrive Senior Living, LLC and Crowder-McBride (as well as PVHA) were in default, and that default was only recently set aside as to all three of them. (See doc. 45.)

bear their own respective costs and attorney fees.[2]  The Court **DIRECTS** the Clerk to update the docket accordingly.

    **SO ORDERED**, this 18th day of December, 2020.

                                            R. STAN BAKER
                                            UNITED STATES DISTRICT JUDGE
                                            SOUTHERN DISTRICT OF GEORGIA

---

[2] While this term was not included or requested in the parties' joint motion, it was included in a proposed order they provided for the Court's convenience.  (See doc. 44-1.)