UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

VINCENT JONES,                    )
                                  )
            Plaintiff,            )
                                  )
v.                                )            CV420-007
                                  )
THRIVE SENIOR LIVING, LLC         )
and JOYCE CROWDER MCBRIDE,        )
                                  )
            Defendants.           )

## ORDER

Before the Court is defendants' motion to stay discovery pending the disposition of defendants' pending motion to dismiss.  Doc. 55.  The Court has discretion to stay discovery pending resolution of a motion, Fed. R. Civ. P. 26(c), but when doing so, must take a "preliminary peek" at the merits of a dispositive motion to see if it "appears to be clearly meritorious and truly case dispositive."  *Feldman v. Flood*, 176 F.R.D. 651, 652–53 (M.D. Fla. 1997).  "[A] request to stay discovery pending a resolution of a motion is rarely appropriate unless resolution of the motion will dispose of the entire case."  *CSX Transp., Inc. v. United States*, 2014 WL 11429178, at * 1 (S.D. Ga. May 30, 2014) (citing *Feldman*, 176 F.R.D. at 652).  Here, defendants concede that their motion "would not be dispositive of the

entire case" as it would resolve only claims I and II, but argue that the

stay is appropriate as the granting of the motion to dismiss would obviate

the need for "approximately 50% of the discovery needed to properly

defend this matter."   Doc. 55-1 at 3–4.   This Court has, on occasion,

permitted stays when success on a dispositive motion might narrow the

scope of discovery.  *See United States ex rel. Jolie Johnson v. Spanish Oaks*

*Hospice, Inc.*, No. CV415-143, doc. 47 (S.D. Ga. July 19, 2017).   Based on

that preliminary peek of its merits, however, the motion to dismiss  is not

so obviously meritorious as to warrant a stay.   Therefore, the motion to

stay discovery is **DENIED**.   Doc. 55.

    **SO ORDERED**, this 17th day of February, 2021.


_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA